# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-2092

_____

| | |
|---|---|
| Corwin Corbett, | * |
| | * |
| Appellant, | * |
| | * Appeal from the United States |
| v. | * District Court for the |
| | * District of Minnesota. |
| Crest View Lutheran Home, | * |
| | * [UNPUBLISHED] |
| Appellee. | * |

_____

Submitted: July 2, 2008
Filed: July 8, 2008

_____

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Corwin Corbett appeals the district court's[1] adverse grant of summary judgment on his claims brought under Title VII and the Family Medical Leave Act. After reviewing the record de novo, viewing the evidence and all reasonable inferences from it in a light most favorable to Corbett, see Jacob-Mua v. Veneman, 289 F.3d 517, 520 (8th Cir. 2002) (standard of review), we find no basis for reversal. Accordingly, the judgment of the district court is affirmed. See 8th Cir. R. 47B.

_____

[1]The Honorable Michael J. Davis, Chief Judge (as of July 1, 2008), United States District Court for the District of Minnesota.